December 3, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARNOW PLACE REALTY CORPORATION v. PETER C. NIELSON and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 15, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LIBORIO D'ANGELO.— Motion granted, and the time of appellant within which to argue appeal extended to and including November 12, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MACROSS HOLDING CORPORATION v. ALEXANDER J. SILLER.—Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CHARLES MESKENAS v. MORRIS ROSENTOVER.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BELMONT GARAGE v. ROYAL INDEMNITY COMPANY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DAVID OKA v. ÆTNA LIFE INSURANCE COMPANY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROBERT E. KENNEDY v. CHARLES J. SWAN.—Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. VICTOR YERMOLOFF, Claimant, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADANFA CONSTRUCTION CO., INC., v. HENRY M. GOLDFOGLE and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL SEVENTIETH STREET CORPORATION v. HENRY M. GOLDFOGLE and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 60 GRAMERCY PARK NORTH, INC., v. HENRY M. GOLDFOGLE and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

JESSE FROEHLICH v. GEORGE McDONALD.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

HELEN M. O'BRIEN v. CHARLES W. STICKLE. (Action No. 1.) — Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

HELEN M. O'BRIEN v. CHARLES W. STICKLE. (Action No. 2.) — Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.